FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 NOV 18 PM 2: 23
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CCB-10-489 |
| | : | |
| JEFFREY SHAW | : | |

...oOo...

## MEMORANDUM

Federal prison inmate Jeffrey Shaw has filed motions for reduction of sentence or relief from judgment citing Amendment 780 to the Sentencing Guidelines and Rule 60(b). (ECF Nos. 136, 138, 139, 140, 144, 145). Presumably, he also seeks to rely on Amendment 782 relating to drug quantity guidelines. (Amendment 780 does not in itself provide authority to reduce a sentence.) However, his sentence was imposed following a guilty plea to Count Three of his indictment, Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c). Because it was not based on the drug sentencing guideline levels, neither Amendment 780 or 782 gives this court authority to reduce Mr. Shaw's sentence, despite his understandable desire to be returned to his family. Nor is there a basis for relief under Fed. R. Civ. P. 60(b). Accordingly, the motions are denied.

**SO ORDERED** this 18th day of November, 2015.

/S/ _____
Catherine C. Blake
United States District Judge